1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 20-827-CBM(Ex) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $34,900.00 IN U.S. CURRENCY, | **[JS-6]** |
| Defendant. | |

Plaintiff, the United States of America ("the government or Plaintiff"), and claimant Zatariana Lewis ("Claimant") have made a stipulated request for the entry of this Consent Judgment.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.    The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Claimant has filed a claim and an answer.  The government has not received any other claims or answers, and the

time for filing claims and answers has expired.  This Court has

jurisdiction over the parties and the Defendant $34,900.00 in U.S.

currency (the "Defendant Currency"). Claimant has agreed to the

forfeiture of $24,900.00 of the Defendant Currency.  Any potential

claimants to the Defendant Currency other than Claimant are deemed

to have admitted the allegations of the complaint.  Nothing in

this consent judgment is intended or should be interpreted as an

admission of wrongdoing by Claimant, nor should this consent

judgment be admitted in any criminal proceeding against Claimant

to prove any of the facts relied upon to establish reasonable

cause for the seizure of the Defendant Currency.

1.   $10,000.00 of the Defendant Currency, without interest,
shall be released to Claimant through her counsel.

2.   If the government elects to make the payment of
$10,000.00 by check, the check shall be payable to the "Richard M.
Barnett Law Offices Client Trust Account," and mailed to Zatariana
Lewis in care of her attorney, Mr. Richard Barnett, at 105 West F
Street, 4th Floor, San Diego, CA 92101. If the government elects to
make the payment by wire transfer, the funds shall be wire
transferred to the Richard M. Barnett Law Offices Client Trust
Account.  Upon request from the government, Claimant, through her
attorney, shall provide personal identifiers and the necessary bank
information to complete the transfer.

3.   The remaining $24,900.00 of the Defendant Currency,
together with all interest earned by the government on the total
amount of Defendant Currency, is hereby forfeited to the
government, and no other right, title, or interest shall exist

therein.  The government shall dispose of the forfeited property in accordance with law.

  4. The Court finds that there was reasonable cause for the seizure of the Defendant Currency and the institution of this action.  This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

  5. Each of the parties shall bear its own fees and costs incurred in connection with this action.

  IT IS SO ORDERED.


Dated: MAY 21, 2021

             HONORABLE CONSUELO B. MARSHALL
             UNITED STATES DISTRICT JUDGE

                CC:FISCAL


Prepared by:


TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/
DAN G. BOYLE
Assistant United States Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA